# IN THE SUPREME COURT OF THE STATE OF NEVADA

CRAIG IVAN GILBERT,
                Appellant,
        vs.
THE STATE OF NEVADA,
                Respondent.

No. 80335

FILED

FEB 04 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Appellant filed a pro se notice of appeal on December 30, 2019. In the notice of appeal, appellant states that he is challenging an order entered on October 23, 2019. However, no order was entered in the district court on that date. To the extent that appellant's appeal is in regard to the "Commitment and Order" entered on November 5, 2019, and the "Request for Evaluation(s) for Competency" entered on October 23, 2019, no statute or court rule provides for an appeal from such documents. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

20-04773

cc: Hon. Linda Marie Bell, Chief Judge
Craig Ivan Gilbert
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Clark County Public Defender